IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ALBERT BIERWERTH and
RICHARD WOESSNER,

Plaintiffs,

v.

BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY,
a Delaware corporation, Successor-in-
Interest to The Great Northern
Railroad Company, and the Chicago
Burlington and Quincy Railroad,

Defendant.

CIVIL ACTION NO. 01-2150 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 6/11, 2004.

By [signature]
Mark J. Fellman, #28782
213 East Fourth Street, Suite 200
St. Paul, MN 55101
(651) 225-5600

SCANNED
JUN 28 2004
U.S. DISTRICT COURT ST. PAUL

John D. Roven (Texas ID No. 17327900)
ROVEN, KAPLAN & WELLS, LLP
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

*Attorneys for Plaintiffs*

Dated: 6/8, 2004.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294

Attorneys for Defendant
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED:

BY THE COURT
[signature]
Charles R. Weiner
Judge Of U.S. District Court
6/14/2004

s:\bierwerth, albert\pleadings\stip dis.doc\tw

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RECEIVED
BY MAIL
JUN 28 2004
CLERK US DIST COURT
ST. PAUL, MN

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Sharon Carter
MDL Coordinator

enclosure: